**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: S.S.W., A MINOR | : | No. 578 MAL 2019 |
| | : | |
| | : | |
| PETITION OF: R.W. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.